IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TONY COLE, | No. C 10-02441 CRB (PR) |
| Petitioner, | ORDER |
| v. | |
| M MARTEL, | |
| Respondent(s). | |

Petitioner has filed a "traverse" (docket # 21) which the court will construe as an opposition to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely. Respondent shall file a reply to the opposition (docket # 21) by no later than December 17, 2010.

SO ORDERED.

DATED: Nov. 24, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Cole, J1.or2.wpd