IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY T. COLE, P-83297,

            Petitioner,

    vs.

BRENDA CASH, Acting Warden,

            Respondent.

No. C 10-2441 CRB (PR)

ORDER REGARDING
REQUEST FOR CERTIFICATE
OF APPEALABILITY

This is a habeas case filed pro se by a state prisoner.  On August 12, 2011, the Court granted respondent's motion to dismiss on statute of limitations grounds and entered judgment against petitioner.  In the order of dismissal the Court also denied a certificate of appealability ("COA") and informed petitioner that although he could not appeal the denial of a COA, he could ask the United States Court of Appeals for the Ninth Circuit to grant one.

Petitioner wrote a letter to the court of appeals saying that he wanted that court to consider granting a COA.  The letter is stamped "received" by the court of appeals on August 29, 2011, within the time to appeal.  The court of appeals forwarded the letter here, apparently thinking that it was a request for a COA *ab initio*, rather than for review of the existing ruling.  On September 13, 2011, it was docketed here as a request for a COA.

1     .In an effort to protect petitioner's right to appeal, the letter will be treated

2     as a notice of appeal.  <u>See</u> <u>Tinsley v. Borg</u>, 895 F.2d 520, 523 (9th Cir. 1990)

3     (treating timely pro se motion for a certificate of probable cause as a timely

4     notice of appeal).  The clerk shall proceed as if a notice of appeal had been filed,

5     and send a copy of this order and the letter to the court of appeals.

6     SO ORDERED.

7     DATED:   Sept. 16, 2011

8                                                    CHARLES R. BREYER
                                                     United States District Judge