IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY T. COLE, P-83297, | ) | No. C 10-2441 CRB (PR) |
| Petitioner, | ) | ORDER REGARDING |
| | ) | REQUEST FOR CERTIFICATE |
| vs. | ) | OF APPEALABILITY |
| | ) | |
| BRENDA CASH, Acting Warden, | ) | |
| Respondent. | ) | |
| | ) | |

This is a habeas case filed pro se by a state prisoner.  On August 12, 2011, the Court granted respondent's motion to dismiss on statute of limitations grounds and entered judgment against petitioner.  In the order of dismissal the Court also denied a certificate of appealability ("COA") and informed petitioner that although he could not appeal the denial of a COA, he could ask the United States Court of Appeals for the Ninth Circuit to grant one.

Petitioner wrote a letter to the court of appeals saying that he wanted that court to consider granting a COA.  The letter is stamped "received" by the court of appeals on August 29, 2011, within the time to appeal.  The court of appeals forwarded the letter here, apparently thinking that it was a request for a COA *ab initio*, rather than for review of the existing ruling.  On September 13, 2011, it was docketed here as a request for a COA.

.In an effort to protect petitioner's right to appeal, the letter will be treated as a notice of appeal.  See Tinsley v. Borg, 895 F.2d 520, 523 (9th Cir. 1990) (treating timely pro se motion for a certificate of probable cause as a timely notice of appeal).  The clerk shall proceed as if a notice of appeal had been filed, and send a copy of this order and the letter to the court of appeals.

SO ORDERED.

DATED:   Sept. 16, 2011

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Cole, J1.coa.wpd